# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHERESE L. MCDANIEL, | ) | CASE NO. 1:16-cv-2467 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| NANCY A BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the parties' joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 14.) The parties' motion states that:

> On remand, the Appeals Council will vacate the findings in the Administrative Law Judge's decision and the Commissioner will conduct further proceedings, reconsider the evidence relating to Plaintiff's intellectual functioning, and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

(*Id*.)

The parties' joint motion is granted. The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the motion, as set forth above. A Judgment Entry will be separately published.

**IT IS SO ORDERED**.

Dated: April 24, 2017

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**